1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JOSHUA HILL (CABN 250842)
   Assistant United States Attorney
5
   1301 Clay Street, Suite 340S
6  Oakland, CA 94612
   Telephone: (510) 637-3740
7  Facsimile: (510) 637-3724
   Email: Joshua.Hill2@usdoj.gov
8
9  Attorneys for the United States

10

**FILED**

JUL 23 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

11           UNITED STATES DISTRICT COURT

12          NORTHERN DISTRICT OF CALIFORNIA

13                 OAKLAND DIVISION

14  UNITED STATES OF AMERICA,          )   CRIMINAL NO.
                                       )
15           Plaintiff,                )   **08 - 70461**
                                       )
16        v.                           )   NOTICE OF PROCEEDINGS ON WDB
                                       )   OUT-OF-DISTRICT CRIMINAL
17  JOSE ANTONIO AGUILAR               )   CHARGES PURSUANT TO RULES
    ESQUIVEL,                          )   5(c)(2) AND (3) OF THE FEDERAL
18                                     )   RULES OF CRIMINAL PROCEDURE
             Defendant.                )
19  _____)

20

21        Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of

22  Criminal Procedure that on or about July 22, 2008, the above-named defendant was

23  arrested based upon an arrest warrant (attached) issued in case number CR-06-2121-

24  RHW in the Eastern District of Washington upon an Indictment and Superseding

25  Indictment (both attached).

26        In the Superseding Indictment, the defendant is charged with five counts. In Count

27  1, the defendant is charged with conspiring with nine other defendants to distribute 500

28  grams or more of (1) a mixture or substance containing a detectable amount of

    methamphetamine and (2) a mixture or substance containing a detectable amount of

    cocaine in violation of Title 21, United States Code, Section 841(a)(1). In Counts 13 and

                                    1

14, the defendant is charged with possessing, with the intent to distribute, 500 grams or more of a mixture or substance containing a detectable amount of cocaine in violation of Title 21, United States Code, Section 841(a)(1).  In Court 18, the defendant is charged with using a telephone to cause and facilitate the commission of acts constituting a felony under the Controlled Substances Act in violation of Title 21, United States Code, Section 843(b).  Finally, the defendant is named in a forfeiture count seeking the forfeiture of any property constituting or derived from proceeds obtained, directly or indirectly, as the result of the above-described violations.

Maximum Penalties:

Counts 1, 13 & 14: 21 U.S.C.§ 841(a)(1) – life imprisonment; $4,000,000 fine; 4 years of supervised release; denial of certain federal benefits pursuant to 21 U.S.C. §§ 862 & 862(a), and $100 special assessment.

Count 18:  21 U.S.C.§ 843(b) – 4 years of imprisonment; $250,000 fine; 3 years of supervised release;  denial of certain federal benefits pursuant to 21 U.S.C. §§ 862 & 862(a), and $100 special assessment.

Respectfully Submitted,

JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

Date: July 23, 2008

JOSHUA HILL
Assistant U.S. Attorney

2

07/22/2008  12:16     5099438295                    US MARSHALS RICHLAND                    PAGE  02

Case 2:06-cr-02121-RHW     Document 11 (Court only)     Filed 07/20/2006

**RETURN TO CLERK USDC**
**P.O. BOX 1493**
**SPOKANE, WA 99210**

                        UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF WASHINGTON


UNITED STATES OF AMERICA,            )
                                     )
                    Plaintiff(s),    )   Case Number: CR-06-2121-RHW-3
                                     )
    vs.                              )   WARRANT FOR ARREST
                                     )
JOSE ANTONIO AGUILAR ESQUIVEL,       )
                                     )
                    Defendant(s).    )
_____)

To:  The United States Marshal and any Authorized U.S. Officer

        YOU ARE HEREBY COMMANDED to arrest    **JOSE ANTONIO AGUILAR
ESQUIVEL** and bring him or her forthwith to the nearest Magistrate
Judge to answer a(n) INDICTMENT charging him or her with violation
of

21 U.S.C. 841(a)(1)   POSSESSION WITH INTENT TO DISTRIBUTE A
                      CONTROLLED SUBSTANCE

21 U.S.C. 843(b) USE OF COMMUNICATION FACILITY

21 U.S.C. 853 FORFEITURE
        JAMES R. LARSEN                    CLERK, U.S. DISTRICT COURT

by:_____                July 20, 2006 at
        Deputy Clerk                      Yakima, Washington


**BAIL FIXED AT AUSA SEEKS DETENTION BY HONORABLE MICHAEL W. LEAVITT**

*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

                        **RETURN ON WARRANT**
This warrant was received and executed with the arrest of the
above-named defendant at _____
Date received : ___/___/___        Date of arrest: ___/___/___
Arresting Officer:

Name      : _____
Title     : _____
Signature: _____

AO-442 - WARRANT FOR ARREST

Case 2:06-cr-02121-RHW     Document 1     Filed 07/19/2006

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 19 2006

JAMES R LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

1 JAMES A. McDEVITT
  United States Attorney
2 SHAWN N. ANDERSON
  Assistant United States Attorney
3 402 E. Yakima Avenue, Suite 210
  Yakima, WA 98901-2760
4 (509) 454-4425

5

6              UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF WASHINGTON
7

8 UNITED STATES OF AMERICA,          )     INDICTMENT  CR-06-2121-RHW
                                     )
9              Plaintiff,            )  Vios:
                                     )  Ct 1:
10                                   )  21 U.S.C. § 846
                                     )  Conspiracy to Distribute
11                                   )  a Controlled Substance
                                     )  Cts. 2-4:
12        vs.                        )  21 U.S.C. § 856(a)(1)&(2)
                                     )  Maintaining a Place for
13                                   )  Drug Trafficking
                                     )  Cts. 5-10:
14                                   )  21 U.S.C. § 841(a)(1)
  PEDRO SILVA CHIPREZ,              )  Distribution of a
15 JOSE ISABEL GARCIA-MEZA,          )  Controlled Substance
  JOSE ANTONIO AGUILAR ESQUIVEL,    )  Cts. 11-14:
16 SAMUEL SILVA-CHIPREZ,             )  21 U.S.C. §841(a)(1)
  MIGUEL ANGEL FARIAS CORNEJO,      )  Possession with Intent
17 JORGE RUBIO MONTERO,              )  to Distribute a Controlled
  FRANCISCO JAVIER PLAZOLA-CHIPRES, )  Substance
18 TERESA CHIPREZ,                   )  Cts. 15-21:
  WENDY SOLEDAD CHIPREZ, and        )  21 U.S.C. § 843(b)
19 EDUARDO HERNANDEZ-HERNANDEZ,      )  Use of Communication
                                     )  Facility
20             Defendants.           )  Ct. 22:
                                     )  Forfeiture
21 _____)

22

23     The Grand Jury charges:

24

25                    COUNT 1

26     From on or about April 12, 2005, the exact date being

27 unknown to the Grand Jury, and continuing to on or about April

28 13, 2006, both dates being approximate and inclusive, in the

INDICTMENT              1

1  Eastern District of Washington and elsewhere, the Defendants,
2  PEDRO SILVA CHIPREZ, JOSE ISABEL GARCIA-MEZA, JOSE ANTONIO
3  AGUILAR ESQUIVEL, SAMUEL SILVA-CHIPREZ, MIGUEL ANGEL FARIAS
4  CORNEJO, JORGE RUBIO MONTERO, FRANCISCO JAVIER PLAZOLA-CHIPRES,
5  TERESA CHIPREZ, WENDY SOLEDAD CHIPREZ, and EDUARDO HERNANDEZ-
6  HERNANDEZ, knowingly and intentionally combined, conspired,
7  confederated and agreed together and with each other, and with
8  other persons known and unknown to the Grand Jury, to commit the
9  following offense against the United States: to distribute 500
10  grams or more of a mixture and substance containing a detectable
11  amount of methamphetamine, a Schedule II controlled substance; to
12  distribute 500 grams or more of a mixture and substance
13  containing a detectable amount of cocaine, a Schedule II narcotic
14  controlled substance; to distribute marijuana, a Schedule I
15  controlled substance, and did aid and abet said conspiracy, in
16  violation of Title 21, United States Code, Section 841(a)(1) and
17  Title 18, United States Code, Section 2.

18                              **COUNT 2**

19    From at least on or about April 12, 2005, to April 13, 2006,
20  in the Eastern District of Washington, the Defendant, PEDRO SILVA
21  CHIPREZ, as an owner, lessee, occupant and mortgagee, knowingly
22  and intentionally maintained a place at 1902 Penn Avenue,
23  Sunnyside, Washington, for the purpose of distributing a
24  controlled substance, to-wit: methamphetamine, a Schedule II
25  controlled substance; all in violation of Title 21, United States
26  Code, Section 856(a)(1).

27

28

INDICTMENT                              2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## COUNT 3

From at least on or about March 18, 2006, to March 31, 2006, in the Eastern District of Washington, the Defendants, PEDRO SILVA CHIPREZ and FRANCISCO JAVIER PLAZOLA-CHIPRES, while managing and controlling a building at 4602 Finnhorse Lane, Pasco, Washington, as an owner, lessee, agent, employee, and mortgagee, did knowingly and intentionally rent, lease, and make available for use, with and without compensation, said building for the purpose of unlawfully storing and distributing a controlled substance, to-wit: cocaine, a Schedule II narcotic controlled substance; all in violation of Title 21, United States Code, Section 856(a)(2).

## COUNT 4

From at least on or about March 16, 2006, to March 29, 2006, in the Eastern District of Washington, the Defendant, TERESA CHIPREZ, while managing and controlling a place at 1205 East Ida Belle Street, Sunnyside, Washington, as an owner, lessee, agent, employee, and mortgagee, did knowingly and intentionally rent, lease, and make available for use, with and without compensation, said place for the purpose of unlawfully storing and distributing a controlled substance, to-wit: cocaine, a Schedule II narcotic controlled substance; all in violation of Title 21, United States Code, Section 856(a)(2).

## COUNT 5

On or about April 12, 2005, in Yakima County, in the Eastern District of Washington, the Defendant, PEDRO SILVA CHIPREZ, did

INDICTMENT                          3

1  knowingly and intentionally distribute 50 grams or more of actual

2  methamphetamine, a Schedule II controlled substance; all in

3  violation of Title 21 United States Code, Section 841(a)(1).

4

5                              **COUNT 6**

6    On or about June 6, 2005, in Yakima County, in the Eastern

7  District of Washington, the Defendant, PEDRO SILVA CHIPREZ, did

8  knowingly and intentionally distribute 50 grams or more of actual

9  methamphetamine, a Schedule II controlled substance; all in

10  violation of Title 21 United States Code, Section 841(a)(1).

11

12

13                             **COUNT 7**

14   On or about September 22, 2005, in Franklin County, in the

15  Eastern District of Washington, the Defendant, PEDRO SILVA

16  CHIPREZ, did knowingly and intentionally distribute 50 grams or

17  more of actual methamphetamine, a Schedule II controlled

18  substance; all in violation of Title 21 United States Code,

19  Section 841(a)(1).

20

21                             **COUNT 8**

22   On or about January 19, 2006, in Franklin County, in the

23  Eastern District of Washington, the Defendant, PEDRO SILVA

24  CHIPREZ, did knowingly and intentionally distribute 50 grams or

25  more of actual methamphetamine, a Schedule II controlled

26  substance; all in violation of Title 21 United States Code,

27  Section 841(a)(1).

28

INDICTMENT                          4

Case 2:06-cr-02121-RHW    Document 1    Filed 07/19/2006

**COUNT 9**

On or about February 7, 2006, in Yakima County, in the Eastern
District of Washington, the Defendants, PEDRO SILVA CHIPREZ and
MIGUEL ANGEL FARIAS CORNEJO, did knowingly and intentionally
distribute 50 grams or more of actual methamphetamine, a Schedule
II controlled substance; all in violation of Title 21 United
States Code, Section 841(a)(1) and 18 U.S.C. Section 2.

**COUNT 10**

On or about March 24, 2006, in Yakima County, in the Eastern
District of Washington, the Defendants, PEDRO SILVA CHIPREZ and
MIGUEL ANGEL FARIAS CORNEJO, did knowingly and intentionally
distribute 50 grams or more of actual methamphetamine, a Schedule
II controlled substance; all in violation of Title 21 United
States Code, Section 841(a)(1) and 18 U.S.C. Section 2.

**COUNT 11**

On or about March 17, 2006, in Klickitat County, in the
Eastern District of Washington and elsewhere, the Defendant, JOSE
ISABEL GARCIA-MEZA, did knowingly and intentionally possess with
intent to distribute 50 grams or more of actual methamphetamine,
a Schedule II controlled substance; all in violation of Title 21
United States Code, Section 841(a)(1).

**COUNT 12**

On or about March 17, 2006, in Klickitat County, in the
Eastern District of Washington and elsewhere, the Defendant, JOSE
ISABEL GARCIA-MEZA, did knowingly and intentionally possess with

INDICTMENT                    5

Case 2:06-cr-02121-RHW    Document 1    Filed 07/19/2006

1 | intent to distribute at least 100 grams but less than 200 grams
2 | of cocaine, a Schedule II narcotic controlled substance; all in
3 | violation of Title 21 United States Code, Section 841(a)(1).
4 |
5 | <u>**COUNT 13**</u>
6 | On or about March 29, 2006, in Yakima County, in the Eastern
7 | District of Washington and elsewhere, the Defendants, JOSE
8 | ANTONIO AGUILAR ESQUIVEL and MIGUEL ANGEL FARIAS CORNEJO, did
9 | knowingly and intentionally possess with intent to distribute 500
10 | grams or more of a mixture or substance containing a detectable
11 | amount of cocaine, a Schedule II narcotic controlled substance;
12 | all in violation of Title 21 United States Code, Section
13 | 841(a)(1), and 18 U.S.C. Section 2.
14 |
15 | <u>**COUNT 14**</u>
16 | On or about March 31, 2006, in Franklin County, in the Eastern
17 | District of Washington, the Defendant, JOSE ANTONIO AGUILAR
18 | ESQUIVEL  and PEDRO SILVA CHIPREZ, did knowingly and
19 | intentionally possess with intent to distribute 500 grams or more
20 | of a mixture or substance containing a detectable amount of
21 | cocaine, a Schedule II narcotic controlled substance; all in
22 | violation of Title 21 United States Code, Section 841(a)(1), and
23 | 18 U.S.C. Section 2.
24 |
25 | <u>**COUNT 15**</u>
26 | On or about March 20, 2006, in Yakima County, in the Eastern
27 | District of Washington, and elsewhere, the Defendants, PEDRO
28 | SILVA CHIPREZ and EDUARDO HERNANDEZ-HERNANDEZ, did knowingly and

INDICTMENT                              6

1  intentionally use a communication facility, to wit, a telephone,

2  in causing and facilitating the commission of acts constituting a

3  felony under the Controlled Substances Act, to wit, Conspiracy to

4  Distribute Controlled Substances, in violation of Title 21,

5  United States Code, Sections 846 and 841(a)(1); all in violation

6  of Title 21, United States Code, Section 843(b).

7

8                              **COUNT 16**

9     On or about March 17, 2006, in Yakima County, in the Eastern

10 District of Washington, and elsewhere, the Defendants, PEDRO

11 SILVA CHIPREZ and JOSE ISABEL GARCIA-MEZA, did knowingly and

12 intentionally use a communication facility, to wit, a telephone,

13 in causing and facilitating the commission of acts constituting a

14 felony under the Controlled Substances Act, to wit, Conspiracy to

15 Distribute Controlled Substances, in violation of Title 21,

16 United States Code, Sections 846 and 841(a)(1); all in violation

17 of Title 21, United States Code, Section 843(b).

18

19                              **COUNT 17**

20    On or about March 29, 2006, in Yakima County, in the Eastern

21 District of Washington, and elsewhere, the Defendants, PEDRO

22 SILVA CHIPREZ and MIGUEL ANGEL FARIAS CORNEJO, did knowingly and

23 intentionally use a communication facility, to wit, a telephone,

24 in causing and facilitating the commission of acts constituting a

25 felony under the Controlled Substances Act, to wit, Conspiracy to

26 Distribute Controlled Substances, in violation of Title 21,

27 United States Code, Sections 846 and 841(a)(1); all in violation

28 of Title 21, United States Code, Section 843(b).

INDICTMENT                       7

Case 2:06-cr-02121-RHW    Document 1    Filed 07/19/2006

<b><u>COUNT 18</u></b>

1

2    On or about March 29, 2006, in Yakima County, in the Eastern

3  District of Washington, and elsewhere, the Defendants, PEDRO

4  SILVA CHIPREZ and JOSE ANTONIO AGUILAR ESQUIVEL, did knowingly

5  and intentionally use a communication facility, to wit, a

6  telephone, in causing and facilitating the commission of acts

7  constituting a felony under the Controlled Substances Act, to

8  wit, Conspiracy to Distribute Controlled Substances, in violation

9  of Title 21, United States Code, Sections 846 and 841(a)(1); all

10 in violation of Title 21, United States Code, Section 843(b).

11

<b><u>COUNT 19</u></b>

12

13    On or about March 29, 2006, in Yakima County, in the Eastern

14 District of Washington, and elsewhere, the Defendants, PEDRO

15 SILVA CHIPREZ and TERESA CHIPREZ, did knowingly and intentionally

16 use a communication facility, to wit, a telephone, in causing and

17 facilitating the commission of acts constituting a felony under

18 the Controlled Substances Act, to wit, Conspiracy to Distribute

19 Controlled Substances, in violation of Title 21, United States

20 Code, Sections 846 and 841(a)(1); all in violation of Title 21,

21 United States Code, Section 843(b).

22

<b><u>COUNT 20</u></b>

23

24    On or about March 17, 2006, in Yakima County, in the Eastern

25 District of Washington, and elsewhere, the Defendants, PEDRO

26 SILVA CHIPREZ and JORGE RUBIO MONTERO, did knowingly and

27 intentionally use a communication facility, to wit, a telephone,

28 in causing and facilitating the commission of acts constituting a

INDICTMENT                          8

1 | felony under the Controlled Substances Act, to wit, Conspiracy to
2 | Distribute Controlled Substances, in violation of Title 21,
3 | United States Code, Sections 846 and 841(a)(1); all in violation
4 | of Title 21, United States Code, Section 843(b).
5 |
6 | **COUNT 21**
7 |    On or about March 23, 2006, in Yakima County, in the Eastern
8 | District of Washington, and elsewhere, the Defendants, PEDRO
9 | SILVA CHIPREZ and JORGE RUBIO MONTERO, did knowingly and
10 | intentionally use a communication facility, to wit, a telephone,
11 | in causing and facilitating the commission of acts constituting a
12 | felony under the Controlled Substances Act, to wit, Conspiracy to
13 | Distribute Controlled Substances, in violation of Title 21,
14 | United States Code, Sections 846 and 841(a)(1); all in violation
15 | of Title 21, United States Code, Section 843(b).
16 |
17 | **COUNT 22**
18 |    Upon conviction of one or more of the controlled substance
19 | offenses alleged in Counts 1 - 14 of this Indictment, Defendants
20 | PEDRO SILVA CHIPREZ, JOSE ISABEL GARCIA-MEZA, JOSE ANTONIO
21 | AGUILAR ESQUIVEL, SAMUEL SILVA-CHIPREZ, MIGUEL ANGEL FARIAS
22 | CORNEJO, JORGE RUBIO MONTERO, FRANCISCO JAVIER PLAZOLA-CHIPRES,
23 | TERESA CHIPREZ, WENDY SOLEDAD CHIPREZ, and EDUARDO HERNANDEZ-
24 | HERNANDEZ, shall forfeit to the United States, pursuant to 21
25 | U.S.C. § 853, any property constituting or derived from proceeds
26 | obtained, directly or indirectly, as a result of the said
27 | violation[s] and/or any property used, or intended to be used, in
28 | any manner or part, to commit, or to facilitate the commission of

INDICTMENT                        9

1 | the said violation[s], including but not limited to the

2 | following:

3 |     A sum of money equal to $207,606.46 in United
      States currency, representing the amount of
4 |   proceeds obtained as a result of the controlled
      substance offenses, for which the defendants are
5 |   jointly and severally liable.

6 | If any of the above-described forfeitable property, as a

7 | result of any act or omission of the Defendants:

8 | (a) cannot be located upon the exercise of due diligence;

9 | (b) has been transferred or sold to, or deposited with, a
10| third party;

   | (c) has been placed beyond the jurisdiction of the court;
11|

12| (d) has been substantially diminished in value; or

   | (e) has been commingled with other property which cannot be
13| divided without difficulty;

14| it is the intent of the United States, pursuant to 21 U.S.C. §

15| 853(p), to seek forfeiture of any other property of said

16| Defendants up to the value of the forfeitable property described

17| above.

18|     DATED this 19th day of July, 2006.
19|                                     A TRUE BILL

20|

21|

22|

   | JAMES A. McDEVITT
23| United States Attorney

24|

25| DONALD E. KRESSE, JR
   | Assistant United States Attorney

26|

27|

   | SHAWN N. ANDERSON
28| Assistant United States Attorney

INDICTMENT                    10

Case 2:06-cr-02121-RHW    Document 247    Filed 10/11/... FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 11 2006

JAMES R LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

1  JAMES A. McDEVITT
   United States Attorney
2  SHAWN N. ANDERSON
   Assistant United States Attorney
3  402 E. Yakima Avenue, Suite 210
   Yakima, WA 98901-2760
4  (509) 454-4425

5

6              UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF WASHINGTON
7
   UNITED STATES OF AMERICA,        )    No. CR-06-2121-RHW
8                                    )
                                     )    SUPERSEDING INDICTMENT
9                                    )
                                     )    Vios:
10              Plaintiff,           )    Ct 1:
                                     )    21 U.S.C. § 846
11                                   )    Conspiracy to Distribute
                                     )    a Controlled Substance
12          vs.                      )    Cts. 2-4:
                                     )    21 U.S.C. § 856(a)(1)&(2)
13                                   )    Maintaining a Place for
                                     )    Drug Trafficking
14                                   )    Cts. 5-10:
15  PEDRO SILVA CHIPREZ,             )    21 U.S.C. § 841(a)(1)
    JOSE ISABEL GARCIA-MEZA,         )    Distribution of a
16  JOSE ANTONIO AGUILAR ESQUIVEL,   )    Controlled Substance
    SAMUEL SILVA-CHIPREZ,            )    Cts. 11-14:
17  MIGUEL ANGEL FARIAS CORNEJO,     )    21 U.S.C. §841(a)(1)
    JORGE RUBIO MONTERO,             )    Possession with Intent
18  FRANCISCO JAVIER PLAZOLA-CHIPREZ )    to Distribute a Controlled
    TERESA CHIPREZ,                  )    Substance
19  WENDY SOLEDAD CHIPREZ, and       )    Cts. 14-21:
    EDUARDO HERNANDEZ-HERNANDEZ,     )    21 U.S.C. § 843(b)
20                                   )    Use of Communication
                                     )    Facility
21                                   )    Ct. 22:
               Defendants.           )    21 U.S.C. § 841(a)(1)
22                                   )    Distribution of a
                                     )    Controlled Substance
23                                   )    Ct. 23:
                                     )    Forfeiture
                                     )
24  _____

25      The Grand Jury charges:

26                    COUNT 1

27      From on or about April 12, 2005, the exact date being

28  unknown to the Grand Jury, and continuing to on or about July 20,

    2006, both dates being approximate and inclusive, in the Eastern

SUPERSEDING
INDICTMENT                        1

1  District of Washington and elsewhere, the Defendants, PEDRO SILVA

2  CHIPREZ, JOSE ISABEL GARCIA-MEZA, JOSE ANTONIO AGUILAR ESQUIVEL,

3  SAMUEL SILVA-CHIPREZ, MIGUEL ANGEL FARIAS CORNEJO, JORGE RUBIO

4  MONTERO, FRANCISCO JAVIER PLAZOLA-CHIPRES, TERESA CHIPREZ, WENDY

5  SOLEDAD CHIPREZ, and EDUARDO HERNANDEZ-HERNANDEZ, knowingly and

6  intentionally combined, conspired, confederated and agreed

7  together and with each other, and with other persons known and

8  unknown to the Grand Jury, to commit the following offense

9  against the United States: to distribute 500 grams or more of a

10  mixture and substance containing a detectable amount of

11  methamphetamine, a Schedule II controlled substance; to

12  distribute 500 grams or more of a mixture and substance

13  containing a detectable amount of cocaine, a Schedule II narcotic

14  controlled substance; to distribute marijuana, a Schedule I

15  controlled substance, and did aid and abet said conspiracy, in

16  violation of Title 21, United States Code, Section 841(a)(1) and

17  Title 18, United States Code, Section 2.

18

19                          **COUNT 2**

20     From at least on or about April 12, 2005, to April 13, 2006,

21  in the Eastern District of Washington, the Defendant, PEDRO SILVA

22  CHIPREZ, as an owner, lessee, occupant and mortgagee, knowingly

23  and intentionally maintained a place at 1902 Penn Avenue,

24  Sunnyside, Washington, for the purpose of distributing a

25  controlled substance, to-wit: methamphetamine, a Schedule II

26  controlled substance; all in violation of Title 21, United States

27  Code, Section 856(a)(1).

28

SUPERSEDING
INDICTMENT                    2

## COUNT 3

From at least on or about March 18, 2006, to March 31, 2006, in the Eastern District of Washington, the Defendants, PEDRO SILVA CHIPREZ and FRANCISCO JAVIER PLAZOLA-CHIPRES, while managing and controlling a building at 4602 Finnhorse Lane, Pasco, Washington, as an owner, lessee, agent, employee, and mortgagee, did knowingly and intentionally rent, lease, and make available for use, with and without compensation, said building for the purpose of unlawfully storing and distributing a controlled substance, to-wit: cocaine, a Schedule II narcotic controlled substance; all in violation of Title 21, United States Code, Section 856(a)(2).

## COUNT 4

From at least on or about March 16, 2006, to March 29, 2006, in the Eastern District of Washington, the Defendant, TERESA CHIPREZ, while managing and controlling a place at 1205 East Ida Belle Street, Sunnyside, Washington, as an owner, lessee, agent, employee, and mortgagee, did knowingly and intentionally rent, lease, and make available for use, with and without compensation, said place for the purpose of unlawfully storing and distributing a controlled substance, to-wit: cocaine, a Schedule II narcotic controlled substance; all in violation of Title 21, United States Code, Section 856(a)(2).

## COUNT 5

On or about April 12, 2005, in Yakima County, in the Eastern District of Washington, the Defendant, PEDRO SILVA CHIPREZ, did

SUPERSEDING
INDICTMENT                           3

1  knowingly and intentionally distribute 50 grams or more of actual

2  methamphetamine, a Schedule II controlled substance; all in

3  violation of Title 21 United States Code, Section 841(a)(1).

4

5                          **COUNT 6**

6      On or about June 6, 2005, in Yakima County, in the Eastern

7  District of Washington, the Defendant, PEDRO SILVA CHIPREZ, did

8  knowingly and intentionally distribute 50 grams or more of actual

9  methamphetamine, a Schedule II controlled substance; all in

10 violation of Title 21 United States Code, Section 841(a)(1).

11

12                         **COUNT 7**

13     On or about September 22, 2005, in Franklin County, in the

14 Eastern District of Washington, the Defendant, PEDRO SILVA

15 CHIPREZ, did knowingly and intentionally distribute 50 grams or

16 more of actual methamphetamine, a Schedule II controlled

17 substance; all in violation of Title 21 United States Code,

18 Section 841(a)(1).

19

20                         **COUNT 8**

21     On or about January 19, 2006, in Franklin County, in the

22 Eastern District of Washington, the Defendant, PEDRO SILVA

23 CHIPREZ, did knowingly and intentionally distribute 50 grams or

24 more of actual methamphetamine, a Schedule II controlled

25 substance; all in violation of Title 21 United States Code,

26 Section 841(a)(1).

27

28

SUPERSEDING
INDICTMENT                      4

Case 2:06-cr-02121-RHW     Document 247     Filed 10/11/2006

1
2          **COUNT 9**
2          On or about February 7, 2006, in Yakima County, in the Eastern
3     District of Washington, the Defendants, PEDRO SILVA CHIPREZ and
4     MIGUEL ANGEL FARIAS CORNEJO, did knowingly and intentionally
5     distribute 50 grams or more of actual methamphetamine, a Schedule
6     II controlled substance; all in violation of Title 21 United
7     States Code, Section 841(a)(1) and 18 U.S.C. Section 2.
8
9          **COUNT 10**
10         On or about March 24, 2006, in Yakima County, in the Eastern
11    District of Washington, the Defendants, PEDRO SILVA CHIPREZ and
12    MIGUEL ANGEL FARIAS CORNEJO, did knowingly and intentionally
13    distribute 50 grams or more of actual methamphetamine, a Schedule
14    II controlled substance; all in violation of Title 21 United
15    States Code, Section 841(a)(1) and 18 U.S.C. Section 2.
16
17         **COUNT 11**
18         On or about March 17, 2006, in Klickitat County, in the
19    Eastern District of Washington and elsewhere, the Defendant, JOSE
20    ISABEL GARCIA-MEZA, did knowingly and intentionally possess with
21    intent to distribute 50 grams or more of actual methamphetamine,
22    a Schedule II controlled substance; all in violation of Title 21
23    United States Code, Section 841(a)(1).
24
25         **COUNT 12**
26         On or about March 17, 2006, in Klickitat County, in the
27    Eastern District of Washington and elsewhere, the Defendant, JOSE
28    ISABEL GARCIA-MEZA, did knowingly and intentionally possess with

SUPERSEDING
INDICTMENT                         5

1  intent to distribute at least 100 grams but less than 200 grams

2  of cocaine, a Schedule II narcotic controlled substance; all in

3  violation of Title 21 United States Code, Section 841(a)(1).

4

5                          **COUNT 13**

6    On or about March 29, 2006, in Yakima County, in the Eastern

7  District of Washington and elsewhere, the Defendants, JOSE

8  ANTONIO AGUILAR ESQUIVEL and MIGUEL ANGEL FARIAS CORNEJO, did

9  knowingly and intentionally possess with intent to distribute 500

10 grams or more of a mixture or substance containing a detectable

11 amount of cocaine, a Schedule II narcotic controlled substance;

12 all in violation of Title 21 United States Code, Section

13 841(a)(1), and 18 U.S.C. Section 2.

14

15                          **COUNT 14**

16   On or about March 31, 2006, in Franklin County, in the Eastern

17 District of Washington, the Defendant, JOSE ANTONIO AGUILAR

18 ESQUIVEL  and PEDRO SILVA CHIPREZ, did knowingly and

19 intentionally possess with intent to distribute 500 grams or more

20 of a mixture or substance containing a detectable amount of

21 cocaine, a Schedule II narcotic controlled substance; all in

22 violation of Title 21 United States Code, Section 841(a)(1), and

23 18 U.S.C. Section 2.

24

25                          **COUNT 15**

26   On or about March 20, 2006, in Yakima County, in the Eastern

27 District of Washington, and elsewhere, the Defendants, PEDRO

28 SILVA CHIPREZ and EDUARDO HERNANDEZ-HERNANDEZ, did knowingly and

SUPERSEDING
INDICTMENT                          6

1 intentionally use a communication facility, to wit, a telephone,

2 in causing and facilitating the commission of acts constituting a

3 felony under the Controlled Substances Act, to wit, Conspiracy to

4 Distribute Controlled Substances, in violation of Title 21,

5 United States Code, Sections 846 and 841(a)(1); all in violation

6 of Title 21, United States Code, Section 843(b).

7

8                          **COUNT 16**

9    On or about March 17, 2006, in Yakima County, in the Eastern

10 District of Washington, and elsewhere, the Defendants, PEDRO

11 SILVA CHIPREZ and JOSE ISABEL GARCIA-MEZA, did knowingly and

12 intentionally use a communication facility, to wit, a telephone,

13 in causing and facilitating the commission of acts constituting a

14 felony under the Controlled Substances Act, to wit, Conspiracy to

15 Distribute Controlled Substances, in violation of Title 21,

16 United States Code, Sections 846 and 841(a)(1); all in violation

17 of Title 21, United States Code, Section 843(b).

18

19                          **COUNT 17**

20   On or about March 29, 2006, in Yakima County, in the Eastern

21 District of Washington, and elsewhere, the Defendants, PEDRO

22 SILVA CHIPREZ and MIGUEL ANGEL FARIAS CORNEJO, did knowingly and

23 intentionally use a communication facility, to wit, a telephone,

24 in causing and facilitating the commission of acts constituting a

25 felony under the Controlled Substances Act, to wit, Conspiracy to

26 Distribute Controlled Substances, in violation of Title 21,

27 United States Code, Sections 846 and 841(a)(1); all in violation

28 of Title 21, United States Code, Section 843(b).

SUPERSEDING
INDICTMENT                    7

## COUNT 18

On or about March 29, 2006, in Yakima County, in the Eastern District of Washington, and elsewhere, the Defendants, PEDRO SILVA CHIPREZ and JOSE ANTONIO AGUILAR ESQUIVEL, did knowingly and intentionally use a communication facility, to wit, a telephone, in causing and facilitating the commission of acts constituting a felony under the Controlled Substances Act, to wit, Conspiracy to Distribute Controlled Substances, in violation of Title 21, United States Code, Sections 846 and 841(a)(1); all in violation of Title 21, United States Code, Section 843(b).

## COUNT 19

On or about March 29, 2006, in Yakima County, in the Eastern District of Washington, and elsewhere, the Defendants, PEDRO SILVA CHIPREZ and TERESA CHIPREZ, did knowingly and intentionally use a communication facility, to wit, a telephone, in causing and facilitating the commission of acts constituting a felony under the Controlled Substances Act, to wit, Conspiracy to Distribute Controlled Substances, in violation of Title 21, United States Code, Sections 846 and 841(a)(1); all in violation of Title 21, United States Code, Section 843(b).

## COUNT 20

On or about March 17, 2006, in Yakima County, in the Eastern District of Washington, and elsewhere, the Defendants, PEDRO SILVA CHIPREZ and JORGE RUBIO MONTERO, did knowingly and intentionally use a communication facility, to wit, a telephone, in causing and facilitating the commission of acts constituting a

SUPERSEDING
INDICTMENT                              8

1  felony under the Controlled Substances Act, to wit, Conspiracy to

2  Distribute Controlled Substances, in violation of Title 21,

3  United States Code, Sections 846 and 841(a)(1); all in violation

4  of Title 21, United States Code, Section 843(b).

5

6                              COUNT 21

7     On or about March 23, 2006, in Yakima County, in the Eastern

8  District of Washington, and elsewhere, the Defendants, PEDRO

9  SILVA CHIPREZ and JORGE RUBIO MONTERO, did knowingly and

10  intentionally use a communication facility, to wit, a telephone,

11  in causing and facilitating the commission of acts constituting a

12  felony under the Controlled Substances Act, to wit, Conspiracy to

13  Distribute Controlled Substances, in violation of Title 21,

14  United States Code, Sections 846 and 841(a)(1); all in violation

15  of Title 21, United States Code, Section 843(b).

16

17                              COUNT 22

18     On or about July 20, 2006, in Yakima County, in the Eastern

19  District of Washington, the Defendant, PEDRO SILVA CHIPREZ, did

20  knowingly and intentionally distribute 50 grams or more of actual

21  methamphetamine, a Schedule II controlled substance; all in

22  violation of Title 21 United States Code, Section 841(a)(1), and

23  18 U.S.C. Section 2.

24

25                              COUNT 23

26     Upon conviction of one or more of the controlled substance

27  offenses alleged in Counts 1 - 14, and Count 22, of this

28  Superseding Indictment, Defendants PEDRO SILVA CHIPREZ, JOSE

SUPERSEDING
INDICTMENT                          9

Case 2:06-cr-02121-RHW    Document 247    Filed 10/11/2006

1  ISABEL GARCIA-MEZA, JOSE ANTONIO AGUILAR ESQUIVEL, SAMUEL SILVA-

2  CHIPREZ, MIGUEL ANGEL FARIAS CORNEJO, JORGE RUBIO MONTERO,

3  FRANCISCO JAVIER PLAZOLA-CHIPRES, TERESA CHIPREZ, WENDY SOLEDAD

4  CHIPREZ, and EDUARDO HERNANDEZ-HERNANDEZ, shall forfeit to the

5  United States, pursuant to 21 U.S.C. § 853, any property

6  constituting or derived from proceeds obtained, directly or

7  indirectly, as a result of the said violation[s] and/or any

8  property used, or intended to be used, in any manner or part, to

9  commit, or to facilitate the commission of the said violation[s],

10  including but not limited to the following:

11  <u>PROCEEDS JUDGMENT</u>

12      A sum of money equal to $207,606.46 in United
        States currency, representing the amount of
13      proceeds obtained as a result of the controlled
        substance offenses, for which the defendants are
14      jointly and severally liable.

15  <u>REAL PROPERTY</u>

16  Real property located at 1902 Penn Avenue, Sunnyside,

17  Washington, legally described as follows:

18      Lot 9, Block 2, Sunnyvale Tracts, as recorded in
        Volume "M" of Plats, Page 16.  Assessor's Parcel
19      Number: 231031-23410.

20      Together with all appurtenances, fixtures,
        attachments, and improvements thereto and
21      thereupon.

22      SUBJECT to any easements, rights of way,
        reservations and/or exceptions, and actions of
23      record

24  If any of the above-described forfeitable property, as a

25  result of any act or omission of the Defendants:

26  (a) cannot be located upon the exercise of due diligence;

27  (b) has been transferred or sold to, or deposited with, a

28  third party;

SUPERSEDING
INDICTMENT                    10

Case 2:06-cr-02121-RHW    Document 247    Filed 10/11/2006

1    (c) has been placed beyond the jurisdiction of the court;

2    (d) has been substantially diminished in value; or

3    (e) has been commingled with other property which cannot be

4    divided without difficulty;

5    it is the intent of the United States, pursuant to 21 U.S.C. §

6    853(p), to seek forfeiture of any other property of said

7    Defendants up to the value of the forfeitable property described

8    above.

9    DATED this 11th day of October, 2006.

10                                        A TRUE BILL

11

12

13

JAMES A. McDEVITT
14    United States Attorney

15

16    DONALD E. KRESSE, JR.
      Assistant United States Attorney

17

18

      SHAWN N. ANDERSON
19    Assistant United States Attorney

20

21

22

23

24

25

26

27

28

SUPERSEDING
INDICTMENT                    11

Case 2:06-cr-02121-RHW    Document 250    Filed 10/11/2006

PENALTY SLIP

NAME:  JOSE ANTONIO AGUILAR ESQUIVEL

NUMBER OF COUNTS: _____4_____

Count 1

Vio:  21 U.S.C. § 846
      Conspiracy to Distribute a Controlled Substance

Penalty:  CAG minimum 10 years and a maximum of life, $4,000,000
fine, or both, 5 years supervised release, denial of certain
federal benefits pursuant to 21 U.S.C. §§ 862 and 862a, and $100.00
special assessment.

Counts 13-14

Vio:  21 U.S.C. §841(a)(1)
      Possession with Intent to Distribute a Controlled Substance

Penalty:  CAG minimum 5 years and a maximum of life, $4,000,000
fine, or both, 4 years supervised release, denial of certain
federal benefits pursuant to 21 U.S.C. §§ 862 and 862a, and $100.00
special assessment.

Count 18

Vio:  21 U.S.C. § 843(b)
      Use of Communication Facility

Penalty:  CAG 4 years, $250,000 fine, or both, 3 years supervised
release, denial of certain federal benefits pursuant to 21 U.S.C.
§§ 862 and 862a, and $100.00 special assessment.

Case No.  CR-06-2121-RHW

USA Initials:  _____