JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JOSHUA HILL (CABN 250842)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3740
    Facsimile: (510) 637-3724
    E-Mail: Joshua.Hill2@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 4-08-70470 WDB |
| ) | No. 4-08-70461 WDB |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| vs. ) | REGARDING WAIVER OF TIME |
| ) | PROVISIONS OF RULE 5.1 AND 18 U.S.C. |
| JOSE ANTONIO AGUILAR ESQUIVEL, ) | § 3161(b) AND SETTING DATE FOR |
| ) | STATUS HEARING |
| Defendant. ) | |

    IT IS HEREBY STIPULATED between the plaintiff through its attorney, Joshua Hill, and the defendant through his attorney, Mike McDonnell, that the next hearing on the status of this matter shall be set for October 28, 2008 at 10:00 a.m.  Defendant and his counsel continue to waive the provisions of Rule 5.1(c) of the Federal Rules of Criminal Procedure requiring a preliminary hearing to be held within 10 days of his initial appearance and 18 U.S.C. § 3161(b) requiring an indictment to be filed within thirty days from the date of arrest.  The United States and defendant continue to discuss the possible resolution of this matter, which may also include

1  resolution of charges currently pending in the Eastern District of Washington.  Defendant's
2  waiver is based on the need for continuity of counsel and reasonable time necessary for effective
3  preparation.  The defense agrees that the waiver covers all time between September 10, 2008 and
4  October 28, 2008.
5  IT IS SO STIPULATED:
6  Dated: September 12, 2008                    /s/ Mike McDonnell
                                                MIKE McDONNELL
7                                               *Attorney for Defendant*
8
9  Dated: September 12, 2008                    /s/ Joshua Hill
                                                JOSHUA HILL
10                                              Assistant United States Attorney
11
12                                    **ORDER**
13      GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that time limits under
14  Rule 5.1(c) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(b) are waived, and
15  the parties shall appear for a status hearing in this matter on October 28, 2008 at 10:00 a.m.
16
17  Dated: September  15, 2008                   _____
                                                HONORABLE WAYNE D. BRAZIL
18                                              United States Magistrate Judge

Stip and Order                                  2