1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JOSHUA HILL (CABN 250842)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612
        Telephone: (510) 637-3740
7       Facsimile: (510) 637-3724
        E-Mail: Joshua.Hill2@usdoj.gov
8
   Attorneys for the United States of America
9

10

11              IN THE UNITED STATES DISTRICT COURT

12             FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

14 UNITED STATES OF AMERICA,            )   No. 4-08-070461 WDB
                                        )
15                 Plaintiff,           )   STIPULATION AND ORDER
                                        )   REGARDING WAIVER OF TIME
16 vs.                                  )   PROVISIONS OF RULE 5.1 AND 18 U.S.C.
                                        )   § 3161(b) AND SETTING DATE FOR
17 JOSE ANTONIO AGUILAR ESQUIVEL,       )   STATUS HEARING
                                        )
18                 Defendant.           )
   _____)
19

20       IT IS HEREBY STIPULATED between the plaintiff through its attorney, Joshua Hill,

21 and the defendant through his attorney, Mike McDonnell, that the next hearing on the status of

22 this matter shall be set for December 10, 2008 at 10:00 a.m.  Defendant and his counsel continue

23 to waive the provisions of Rule 5.1(c) of the Federal Rules of Criminal Procedure requiring a

24 preliminary hearing to be held within 10 days of his initial appearance.  The United States and

25 defendant continue to discuss the possible resolution of this matter, which may also include

26 resolution of charges currently pending in the Eastern District of Washington.  Defendant's

Stip and [Proposed] Order                    1

1  waiver is based on the need for continuity of counsel and reasonable time necessary for effective

2  preparation. The defense agrees that the waiver covers all time between November 19, 2008 and

3  December 10, 2008.

4  IT IS SO STIPULATED:

5  Dated: November 19, 2008                         /s/ Mike McDonnell
                                                    MIKE McDONNELL
6                                                   *Attorney for Defendant*

7

8  Dated: November 19, 2008                         /s/ Joshua Hill
                                                    JOSHUA HILL
9                                                   Assistant United States Attorney

10

11                                  **ORDER**

12      GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that time limits under

13  Rule 5.1(c) of the Federal Rules of Criminal Procedure, and the parties shall appear for a status

14  hearing in this matter on December 10, 2008 at 10:00 a.m.

15

16  Dated: November  20 , 2008                      _____
                                                    HONORABLE WAYNE D. BRAZIL
17                                                  United States Magistrate Judge

18

19

20

21

22

23

24

25

26

Stip and [Proposed] Order                    2