1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JOSHUA HILL (CABN 250842)
   Assistant United States Attorney
5
           1301 Clay Street, Suite 340S
6          Oakland, California 94612
           Telephone: (510) 637-3740
7          Facsimile: (510) 637-3724
           E-Mail: Joshua.Hill2@usdoj.gov
8
   Attorneys for the United States of America
9

10

11              IN THE UNITED STATES DISTRICT COURT

12              FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

14  UNITED STATES OF AMERICA,          )   No. 4-08-70461 WDB
                                       )
15              Plaintiff,             )   STIPULATION AND ORDER
                                       )   REGARDING WAIVER OF TIME
16  vs.                                )   PROVISIONS OF RULE 5.1 AND 18 U.S.C.
                                       )   § 3161(b) AND SETTING DATE FOR
17  JOSE ANTONIO AGUILAR ESQUIVEL,     )   STATUS HEARING
                                       )
18              Defendant.             )
    _____)
19

20       IT IS HEREBY STIPULATED between the plaintiff through its attorney, Joshua Hill,

21  and the defendant through his attorney, Mike McDonnell, that the next hearing on the status of

22  this matter shall be set for January 7, 2009 at 10:00 a.m.  The matter is currently set for a status

23  conference on December 10, 2008.  Defendant and his counsel continue to waive the provisions

24  of Rule 5.1(c) of the Federal Rules of Criminal Procedure requiring a preliminary hearing to be

25  held within 10 days of his initial appearance and 18 U.S.C. § 3161(b) requiring an indictment to

26  be filed within thirty days from the date of arrest.  The United States and defendant continue to

Stip and Order                           1

1  discuss the possible resolution of this matter, which may also include resolution of charges

2  currently pending in the Eastern District of Washington.  Defendant's waiver is based on the

3  need for continuity of counsel and reasonable time necessary for effective preparation.  The

4  defense agrees that the waiver covers all time between December 10, 2008 and January 7, 2009

5  IT IS SO STIPULATED:

6  Dated: December 9, 2008                    /s/ Mike McDonnell
                                              MIKE McDONNELL
7                                             *Attorney for Defendant*

8

9  Dated: December 9, 2008                    /s/ Joshua Hill
                                              JOSHUA HILL
10                                            Assistant United States Attorney

11

12                                     **ORDER**

13     GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that time limits under

14  Rule 5.1(c) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(b) are waived, and

15  the parties shall appear for a status hearing in this matter on January 7, 2009 at 10:00 a.m.

16

17  Dated: December 10, 2008                  [signature]
                                              HONORABLE WAYNE D. BRAZIL
18                                            United States Magistrate Judge